IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

16 CV 168 JCH-KK

STATE VS M WIGGINS
NO: A-0001-CA-2015-34441    Motion For Relief:
28 U.S.C.A. § 2254

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 08 2016
MATTHEW J. DYKMAN
CLERK

#1. Comes MR. Wiggins filed a motion to the supreme court to obtain transcripts of motions filed on feb 25 2015.

#2. The Request was made under Sistrunk v. United States, 992 F.2d 258, 259 (10th Cir. 1993); The reason for that Request was do in fact all originals were sent to the court of Appeals and no copies were made see; EXHIBIT (1).

#3. In case No; 34,441 Defendant Believes it is Proven he is in Custody under a illegal conviction That took place at trial.

#4. EXHIBIT (2) shows the trial courts dismissal of Defendants Habeas corpus and EXHIBIT (3) shows The court of appeals filed a order of transfer EXHIBIT (4) shows The supreme court accepting That transfer EXHIBIT (5) shows The supreme courts denied Defendants motions.

#5. Defendant Believes the supreme court upheld a illegal conviction and calls on the united states district court to review this case By Reviewing all documents sumittied in this case to the court of Appeals and the supreme court.

Matthew wiggins 5th 57800
*[signature]*

```
                    COURT OF APPEALS OF THE                TIME: 10:56:45 AM
                       STATE OF NEW MEXICO
                                                           DATE: Sep 10, 2015
A-0001-CA-2015-34441                                       PAGE: 1
     STATE VS M WIGGINS

FILING DATE:         02-12-2015                     STATUS:        CL   CLOSED
EVENT CATEGORY:                  CASE TYPE:   CMS   OTHER CIVIL CASES


     DATE       PARTY   EVENT
                                                      RECEIPT #       AMOUNT
     ----       -----   -----                         ---------       ------

  02-12-2015      -     NTC: NOTICE OF APPEAL(NON-OPN)
                        PROOF OF SERVICE 06/17/12.  GK

  02-12-2015      -     OPN: DOCKETING STATEMENT
                        GK

  02-12-2015      -     MIS: DOCUMENT
                        CASE INFO SHEET.  GK

  02-25-2015      -     CLS: TRANSFER ORDER TO NMSC
                        IT IS THEREFORE ORDERED THAT THIS CASE IS HEREBY TRANSFERRED
                        TO NMSC.      SMG
```

When a case is transferred to Supreme Court. The whole file goes to Supreme Court. Court of Appeals does not keep any paperwork or a file.

*EXHIBIT (2)*

```
                                              DISTRICT COURT
                                            SAN JUAN COUNTY NM
                                                  FILED

                                            2012 JUN 13 PM 4:00
```

ELEVENTH JUDICIAL DISTRICT COURT
STATE OF NEW MEXICO
COUNTY OF SAN JUAN

MATTHEW LOUIS WIGGINS,
        Petitioner/Defendant,

v.                                                       No. D-1116-CR-200800095

JAMES LOPEZ,
        Warden of the Lea County Correctional Facility,
        Respondent.

## SUMMARY DISMISSAL OF PETITION
## FOR WRIT OF HABEAS CORPUS

THIS MATTER came before the Court on a Petition for Writ of Habeas Corpus filed herein by the Petitioner/Defendant.

THE COURT, after examining the petition together with all attachments, CONCLUDES that it plainly appears from the face of the petition, the annexed exhibits, and the prior proceedings in the case that the Petitioner is not entitled to relief as a matter of law for the following reasons:

    1.    Counsel provided to Petitioner the skill of a reasonably competent attorney. In addition, Petitioner's allegations of ineffective assistance of counsel fail to show he was prejudiced. Although Mr. Wiggins maintains his innocence, the evidence against him is substantial.

    2.    In addition, Mr. Wiggins asserts that trial counsel had a conflict of interest in representing him based on comments counsel made regarding a different judge -

not the trial court judge. The Court fails to find that there is a potential or actual conflict of interest in this matter based on those comments.

3. The decision for Defendant not to testify was made by the Defendant and counsel at trial. Defendant cannot later assert that right.

4. The other issues raised by the Petitioner were resolved against him both at trial and by the Court of Appeals. There is nothing new or additional in Mr. Wiggins' Petition that would afford him any different decision.

5. No fundamental error is found.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is hereby summarily dismissed.

KAREN L. TOWNSEND
District Judge

ccs: Petitioner
Respondent
D.A.

*EXHIBIT (3)* [handwritten]

IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

STATE OF NEW MEXICO,

    Plaintiff-Respondent,

v.

MATTHEW WIGGINS,

    Defendant-Petitioner.

COURT OF APPEALS OF NEW MEXICO
FILED
FEB 25 2015

No. 34,441
San Juan County
D-1116-CR-2008-95

## ORDER OF TRANSFER TO SUPREME COURT

This matter is before this Court on documents filed in this Court by Defendant-Petitioner, Matthew Wiggins, and is based on the following:

(1) On June 6, 2012, Petitioner's petition for writ of habeas corpus was denied by the district court.

(2) On November 5, 2012, the New Mexico Supreme Court issued an order denying Defendant-Petitioner's Petition for Writ of Certiorari pursuant to Rule 12-501 NMRA.

(3) On November 26, 2014, this Court received the following documents from Defendant-Petitioner: 1) a handwritten page titled "Proof of Service," 2) an untitled, handwritten packet of pages asserting custody in violation of the U.S. Constitution, 3) two copies of a packet of pages

consisting of a district court pleading and handwritten pages presenting issues for review.

(4) On February 12, 2015, this Court received the following documents from Defendant-Petitioner: 1) a notice of appeal, 2) a case information sheet, 3) an informal docketing statement stating that the appeal is from the summary dismissal of a petition for writ of habeas corpus, and 4) an informal memorandum in opposition to summary disposition. A case file was opened.

(5) Under Rules 5-802 and 12-501 NMRA, the New Mexico Supreme Court has jurisdiction over this matter.

After consideration, **IT IS THEREFORE ORDERED THAT** this case is **HEREBY TRANSFERRED** to the New Mexico Supreme Court.

_____
JAMES J. WECHSLER, Judge

_____
TIMOTHY L. GARCIA, Judge

2

*Exhibit (4)*

I CERTIFY AND ATTEST:
A true copy was served on all parties or their counsel of record on date filed.
Clerk of the Supreme Court of the State of New Mexico

IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

April 20, 2015

NO. 35,142

MATTHEW LOUIS WIGGINS,

    Petitioner,

v.

STATE OF NEW MEXICO,

    Respondent.

## ORDER

WHEREAS, this matter came on for consideration upon a transfer order from the New Mexico Court of Appeals treating this matter as proceeding under Rule 12-501 NMRA seeking a writ of certiorari to review the denial of a petition for writ of habeas corpus, and the Court having considered the foregoing and being sufficiently advised, Chief Justice Barbara J. Vigil, Justice Petra Jimenez Maes, Justice Richard C. Bosson, Justice Edward L. Chávez, and Justice Charles W. Daniels concurring;

NOW, THEREFORE, IT IS ORDERED that the transfer is ACCEPTED as a Rule 12-501 NMRA proceeding; and

1

EXHIBIT (4)

IT IS FURTHER ORDERED that the informal docketing statement filed in the Court of Appeals on February 12, 2015, will be treated as a petition for a writ of certiorari under Rule 12-501 and the other documents filed in the Court of Appeals will be treated as attachments to the petition; and

IT IS FURTHER ORDERED that this matter shall be submitted to the Court for review and a ruling.

IT IS SO ORDERED.

WITNESS, Honorable Barbara J. Vigil, Chief Justice of the Supreme Court of the State of New Mexico, and the seal of said Court this 20th day of April, 2015.

(SEAL)

_____
Joey D. Moya, Chief Clerk of the Supreme Court of the State of New Mexico

I CERTIFY AND ATTEST:
A true copy was served on all parties or their counsel of record on date filed.

Clerk of the Supreme Court of the State of New Mexico

2

I CERTIFY AND ATTEST:
A true copy was served on all parties or their counsel of record on date filed.

Clerk of the Supreme Court of the State of New Mexico

# IN THE SUPREME COURT OF THE STATE OF NEW MEXICO
## August 10, 2015

NO. S-1-SC-35142

MATTHEW LOUIS WIGGINS,

  Petitioner,

v.

STATE OF NEW MEXICO,

  Respondent.

## ORDER

WHEREAS, this matter came on for consideration by the Court upon petition for writ of certiorari filed under Rule 12-501 NMRA, and the Court having considered the petition and being sufficiently advised, Chief Justice Barbara J. Vigil, Justice Petra Jimenez Maes, Justice Richard C. Bosson, Justice Edward L. Chávez, and Justice Charles W. Daniels, concurring;

NOW, THEREFORE, IT IS ORDERED that the petition for writ of certiorari is DENIED.

IT IS SO ORDERED.



WITNESS, the Honorable Barbara J. Vigil, Chief Justice of the Supreme Court of the State of New Mexico, and the seal of said Court this 10th day of August, 2015.

Joey D. Moya, Clerk of Court
Supreme Court of New Mexico

By ___Madeline Garcia___
Clerk of the Supreme Court

> West's New Mexico Statutes Annotated
>   State Court Rules
>     9. Criminal Forms
>       Article 7. Special Proceedings

NMRA, Form 9-704

FORM 9-704. ORDER OF APPOINTMENT FOR HABEAS CORPUS PROCEEDINGS UNDER RULE 5-802 NMRA

Currentness

[For use with District Court Criminal Rule 5-802 NMRA]

STATE OF NEW MEXICO

COUNTY OF _Lee_

_13 Th_ JUDICIAL DISTRICT COURT

_MATTHEW L. WIGGINS_          No. _A-001-CA-2015-3444_

Petitioner,

v.

_Alisha Locero_

Respondent.

**ORDER OF APPOINTMENT FOR HABEAS CORPUS PROCEEDINGS UNDER RULE 5-802 NMRA**

This matter having come before the court, and the court being fully advised of the circumstances;

THE COURT FINDS THAT:

[W] the petitioner is incarcerated; or

[W] the petitioner is not incarcerated, and is indigent and unable to obtain counsel; and

[W] This is a proceeding which a reasonable person would bring at that person's own expense. [1]

IT IS THEREFORE ORDERED THAT:

[W] the Public Defender Department is hereby appointed to represent the Petitioner in the above-entitled cause without payment of the application fee.

[W] the Public Defender Department, shall appoint an attorney on contract with the department represent the petitioner based on the conflict memorandum reviewed by the court or as disclosed at a status conference with the court.

[W] petitioner's counsel shall file an amended petition or a notice of non-intent to file an amended petition within ninety (90) days of the date of the filing of this order.

..................................................................................................................................

(

*District Judge*

)

## USE NOTE

If the Public Defender Department is appointed, the clerk of the district court shall mail a copy of this order and a copy of the pro se petition to the Post-Conviction/Habeas Division, Office of the Public Defender, 505 Marquette NW, Ste. 120, Albuquerque, NM 87102.

**Credits**
[Adopted effective Dec. 31, 2014.]

Footnotes

1   Under the Indigent Defense Act, a person has the limited right to appointed counsel representation in post-conviction matters "unless the court in which the proceeding is brought determines that it is not a proceeding that a reasonable person with adequate means would be willing to bring at his own expense" NMSA 1978, § 31-16-3(B)(3) (1968). Therefore, the Public Defender may not be able to represent a petition in all cases.

NMRA, Form 9-704, NM R CR Form 9-704

State court rules are current with amendments received through 3/1/2015. Local federal district and bankruptcy court rules are current with amendments received through December 1, 2013.

End of Document                                  © 2015 Thomson Reuters. No claim to original U.S. Government Works.

Matthew Wiggins #67300
P.O. Drawer 250
Grants, New Mexico
87020

LEGAL MAIL

LEGAL MAIL

RECEIVED
At Albuquerque NM

MAR 07 2016

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT
DISTRIC OF NEW M
Office of the cler
333 Lomas Blvd. NW
Albuquerque, New Mex
871

Hasler
03/03/2016
US POSTAGE